**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-6548**

_____

RONNIE C. GREEN,

                                Petitioner - Appellant,

        versus

JOHN PATE, Warden of the Allendale
Correctional Institution; CHARLES M.
CONDON, Attorney General of the State
of South Carolina,

                                Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Matthew J. Perry, Jr., Senior
District Judge.  (CA-02-2022-4-26)

_____

Submitted:  July 29, 2004          Decided:  August 4, 2004

_____

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronnie C. Green, Appellant Pro Se.  William Edgar Salter, III,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronnie C. Green seeks to appeal from the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Green has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED